UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
HOLLY MARTIN SHOFFNER            CASE NO. 20-10505
P.O. BOX 1253                    JUDGE BENJAMIN A. KAHN
RANDLEMAN, NC  27317

    DEBTOR

SSN(1) XXX-XX-5924               DATE: 01/28/2021

---

## REPORT OF FILED CLAIMS

   Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ASHLEY FUNDING SERVICES LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $9.85<br>INT:  .00%<br>NAME ID: 43468<br>CLAIM #:  0023 | (U) UNSECURED<br><br>ACCT: 0600<br>COMMENT: LABCORP |
| ASHLEY FUNDING SERVICES LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $16.07<br>INT:  .00%<br>NAME ID: 43468<br>CLAIM #:  0024 | (U) UNSECURED<br><br>ACCT: 8010<br>COMMENT: LABCORP |
| ASHLEY FUNDING SERVICES LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $57.87<br>INT:  .00%<br>NAME ID: 43468<br>CLAIM #:  0025 | (U) UNSECURED<br><br>ACCT: 0300<br>COMMENT: LABCORP |
| ASHLEY FUNDING SERVICES LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $29.90<br>INT:  .00%<br>NAME ID: 43468<br>CLAIM #:  0026 | (U) UNSECURED<br><br>ACCT: 0990<br>COMMENT: |
| ASHLEY FUNDING SERVICES LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $37.59<br>INT:  .00%<br>NAME ID: 43468<br>CLAIM #:  0027 | (U) UNSECURED<br><br>ACCT: 4740<br>COMMENT: LABCORP |
| ASHLEY FUNDING SERVICES LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $29.82<br>INT:  .00%<br>NAME ID: 43468<br>CLAIM #:  0028 | (U) UNSECURED<br><br>ACCT: 5830<br>COMMENT: LABCORP |
| CVI SGP CO ACQUISITION TRUST<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $4,436.51<br>INT:  .00%<br>NAME ID: 174724<br>CLAIM #:  0010 | (U) UNSECURED<br><br>ACCT: 8944<br>COMMENT: OC,1120OR |
| GENESIS BANKCARD SERVICE<br>15220 NW GREENBRIER STE 200<br>BEAVERTON, OR  97006 | $0.00<br>INT:  .00%<br>NAME ID: 182419<br>CLAIM #:  0012 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| GOLDS GYM<br>377 HOES LANE STE 200<br>PISCATAWAY, NJ  08854 | $0.00<br>INT:  .00%<br>NAME ID: 182420<br>CLAIM #:  0013 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0380<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 5924<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,428.62<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0014 | (U) UNSECURED<br><br>ACCT: 0385<br>COMMENT: |
| MIDLAND FUNDING LLC<br>% MIDLAND CREDIT MGMT INC<br>P O BOX 2011<br>WARREN, MI  48090 | $1,819.89<br>INT:  .00%<br>NAME ID: 154854<br>CLAIM #:  0015 | (U) UNSECURED<br><br>ACCT: 8535<br>COMMENT:  CAPITAL ONE |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 5924<br>COMMENT: |
| NC HOUSING FINANCE AGENCY<br>P O BOX 28066<br>RALEIGH, NC  27611 | $0.00<br>INT:  .00%<br>NAME ID: 4208<br>CLAIM #:  0008 | (S) SECURED<br>DIRECT PAY<br>ACCT: 1382<br>COMMENT:  DT RERP,DIR |
| NCB MANAGEMENT SVCS<br>1 ALLRED DR<br>TREVOSE, PA  19053 | $10,885.61<br>INT:  .00%<br>NAME ID: 182421<br>CLAIM #:  0016 | (U) UNSECURED<br><br>ACCT: 1000<br>COMMENT: |
| PLANET HOME LENDING LLC<br>321 RESEARCH PKWY STE 303<br>MERIDEN, CT  06450 | MONTHLY PMT  $928.79<br>INT:  .00%<br>NAME ID: 175768<br>CLAIM #:  0004 | (H) ONGOING-SECURED<br><br>ACCT: 6964<br>COMMENT:  DT RERP,CTD EFF SEPT20 |
| PLANET HOME LENDING LLC<br>321 RESEARCH PKWY STE 303<br>MERIDEN, CT  06450 | $1,857.58<br>INT:  .00%<br>NAME ID: 175768<br>CLAIM #:  0005 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 6964<br>COMMENT:  ARR JUL THRU AUG20 |
| PLANET HOME LENDING LLC<br>321 RESEARCH PKWY STE 303<br>MERIDEN, CT  06450 | $12,673.87<br>INT:  .00%<br>NAME ID: 175768<br>CLAIM #:  0006 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 6964<br>COMMENT:  ARR THRU JUL20 |
| PMAB LLC<br>P O BOX 12150<br>CHARLOTTE, NC  28220-2150 | $0.00<br>INT:  .00%<br>NAME ID: 160190<br>CLAIM #:  0017 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1571<br>COMMENT:  CONE HEALTH |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $953.05<br>INT:  .00%<br>NAME ID: 68146<br>CLAIM #:  0021 | (U) UNSECURED<br><br>ACCT: 3041<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $514.30<br>INT: .00%<br>NAME ID: 159089<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 7580<br>COMMENT: |
| RANDOLPH CO EMS<br>P O BOX 863<br>LEWISVILLE, NC  27023-0863 | $0.00<br>INT: .00%<br>NAME ID: 136559<br>CLAIM #: 0018 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1846<br>COMMENT: |
| RANDOLPH CO REGISTER OF DEEDS<br>P O BOX 4458<br>ASHEBORO, NC  27204 | $52.00<br>INT: .00%<br>NAME ID: 1541<br>CLAIM #: 0022 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $4.08<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #: 0003 | (U) UNSECURED<br><br>ACCT: 5924<br>COMMENT: |
| SALEM RIDGE HOA INC<br>SLATTER MANAGEMENT SERVICES INC<br>4125 G WALKER AVE<br>GREENSBORO, NC  27407 | MONTHLY PMT  $50.00<br>INT: .00%<br>NAME ID: 182561<br>CLAIM #: 0007 | (H) ONGOING-SECURED<br><br>ACCT:<br>COMMENT: ASDU,CTD EFF SEPT20 |
| SALEM RIDGE HOA INC<br>SLATTER MANAGEMENT SERVICES INC<br>4125 G WALKER AVE<br>GREENSBORO, NC  27407 | $1,747.73<br>INT: .00%<br>NAME ID: 182561<br>CLAIM #: 0029 | (R) ARREARAGE-SECURED<br><br>ACCT:<br>COMMENT: ASDU ARR THRU AUG20 |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $14,816.01<br>INT: 5.50%<br>NAME ID: 53815<br>CLAIM #: 0009 | (V) VEHICLE-SECURED<br><br>ACCT: 6601<br>COMMENT: 13CHEV,COD |
| SWAIM ELECTRIC & HEATING & AC INC<br>3702 NEW SALEM RD<br>CLIMAX, NC  27233 | $952.30<br>INT: .00%<br>NAME ID: 182510<br>CLAIM #: 0019 | (U) UNSECURED<br><br>ACCT: 5924<br>COMMENT: |
| W S BADCOCK CORPORATION<br>P O BOX 724<br>MULBERRY, FL  33860 | $1,695.00<br>INT: 5.25%<br>NAME ID: 151523<br>CLAIM #: 0020 | (S) SECURED<br><br>ACCT: 1596<br>COMMENT: OC,PP |
| W S BADCOCK CORPORATION<br>P O BOX 724<br>MULBERRY, FL  33860 | $3,059.16<br>INT: .00%<br>NAME ID: 151523<br>CLAIM #: 10020 | (U) UNSECURED<br><br>ACCT: 1596<br>COMMENT: SPLIT |
| **TOTAL:** | **$58,055.60** | |
| JULIE H MORRISON ESQ<br>IVEY & EGGLESTON<br>111 WORTH ST<br>ASHEBORO, NC  27203 | $0.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  01/28/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
Attorney for Debtor - Electronic Notice